| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER CA 03-364Erie  MISC 04-9 Erie |
|---|---|
| DEFENDANT TIMOTHY B MOON AND EVE L MOON | TYPE OF PROCESS WRIT OF EXECUTION |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ORIGINAL NOT SERVED
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
LORI A GIBSON, ESQUIRE
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

- Number of process to be served with this Form 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE MAKE SERVICE BY (1) DATING RECEIPT, (2) CHECKING BOX FOR "HAVE EXECUTED AS SHOWN IN REMARKS", (3) SIGNING REMARKS BELOW, AND (4) FILING ORIGINAL WRIT OF EXECUTION WITH YOUR FORM 285 RETURN.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 6-29-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 4 | District of Origin No. 68 | District to Serve No. 68 | Signature of Authorized USMS Deputy or Clerk | Date 6/29/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 7-12-05   Time: 1:55 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee $8.00 | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges $8.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |

REMARKS: ON RECEIPT OF THIS WRIT OF EXECUTION, I HEREBY LEVY ON THE REAL PROPERTY DESCRIBED IN THE REAL PROPERTY DESCRIPTION ATTACHED HERETO.

DEPUTY U.S. MARSHAL

PRIOR EDITIONS MAY BE USED

**PRINT 5 COPIES:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

FORM USM-285
Rev. 12/15/80
Automated 01/00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

    vs.                                  Civil Action No. 03-364Erie
                                        Misc. No. 04-9E

TIMOTHY B MOON and
EVE L MOON

    Defendant

**WRIT OF EXECUTION-REISSUE**

United States of America    )
                                  )   ss:
Western District of Pennsylvania  )

To the United States Marshal, Western District of Pennsylvania:

    To satisfy Judgment, interest and costs in the above matter you are directed to levy upon and sell the following described property:

ALL the certain piece or parcel of land situate in the Township of Cranberry, County of Venango, Commonwealth of Pennsylvania, bounded and described as follows, to-wit:

**PARCEL NO. 1:** BEGINNING at a point on the north line of the Upper Sage Run road located sixteen (16) feet northwesterly from the southeasterly corner of a tract of land containing 3.511 acres conveyed to John W. Heffner, et ux, by Ada I. Sampsell by deed dated February 24, 1934, recorded in the Recorder's Office of Venango County, Pennsylvania, in Deed Book 444, Page 180, which beginning point marks the intersection of the west line of a private road sixteen (16) feet in width, with the north line of Upper Sage Run Road; thence along the north line of said Upper Sage Run Road, North 56 degrees 15 minutes West, one hundred twenty-seven (127) feet to a point; thence North 25 degrees 42 minutes East, one hundred fifty-two (152) feet to a point on the southerly line of a private road sixteen (16) feet in width and leading in a westerly direction from the first mentioned private road to the dwelling house of John W. Heffner, et ux; thence eastwardly along the southerly line of said private road forty-seven (47) feet to a point on the west line of the first mentioned private road; thence along the west line of said first mentioned private road and parallel to and sixteen (16) feet westerly from the east line of land conveyed to John W. Heffner, et ux, by Ada I. Sampsell as aforesaid, South 2 degrees 45 minutes East one hundred ninety-six (196) feet to the place of beginning.

**PARCEL NO. 2:** BEGINNING at a point on the north line of the Upper Sage Run Road located North 56 degrees 15 minutes one hundred forty-three (143) feet from the southeast corner of a tract of land containing

NLA002516V001
6/27/2005

3.511 acres conveyed to John W. Heffner, et ux, by Ada I. Sampsell by deed dated February 24, 1934, recorded in the Recorder's Office of Venango county, Pennsylvania, in Deed Book 444, Page 180, which beginning point also marks the southwesterly corner of another tract of land conveyed by John H. Heffner, et ux, to H. Lewis Moore, et ux, by deed of even date herewith; thence along the north line of said Upper Sage Run Road, North 56 degree 15 minutes West, seventy (70) feet to a point; thence along other lands now or formerly of Grantors, North 25 degrees 42 minutes East, one hundred thirty-eight (138) feet to a point on the southerly line of a private road sixteen (16) feet in width leading in a westerly direction to the dwelling house of now or formerly Grantors; thence in an easterly direction along the southerly line of a private road, seventy (70) feet, more or less, to a point marking the northwest corner of land conveyed by John H. Heffner, et ux, to H. Lewis Moore, et ux, as aforesaid; thence along the westerly line of lands so conveyed to Moore, South 25 degrees 42 minutes West, one hundred fifty-two (152) feet to the place of beginning.

**PARCEL NO. 3:** BEGINNING at a point on the northerly right-of-way line of Upper Sage Run Road, said road having a 33 degree right-of-way, said point being the southeast corner of property owned by J.W. Heffner; thence North 56 degrees 47 minutes 41 seconds West, 19.77 feet along the northerly right-of-way line of Upper Sage Run road, to a railroad spike, at the southeast corner of property now or formerly of H. Lewis Moore; thence along property now or formerly of H. Lewis Moore, North 2 degrees 45 minutes 00 seconds West, 196.00 feet to a railroad spike; thence continuing along lands now or formerly of H. Lewis Moore, North 70 degrees 35 minutes 37 seconds West, 34.19 feet to a railroad spike; thence continuing along lands now or formerly of H. Lewis Moore, North 68 degrees 18 minutes 37 seconds West, 69.44 feet to a railroad spike; thence continuing along lands now or formerly of H. Lewis Moore, South 25 degrees 09 minutes 19 seconds West 138.00 feet to a railroad spike on the northerly right-of-way line of Upper Sage Run Road; thence along the northerly right-of-way line of Upper Sage Run Road, North 56 degrees 47 minutes 41 seconds West, 38.32 feet to a railroad spike; thence North 25 degrees 09 minutes 19 seconds East, 273.96 feet to a 5/8 rebar, passing through a 5/8 rebar at 9.03 feet; thence North 48 degrees 15 minutes 19 seconds West, 62.13 feet to a 5/8 rebar; thence North 60 degrees 17 minutes 41 seconds West, 93.85 feet to a 5/8 rebar, on the east line of property owned now or formerly by Robert M. Ritts; thence along the east line of land now or formerly of Robert M. Ritts, North 23 degrees 14 minutes 00 seconds East, 449.69 feet to a 1 iron piper; thence along the west line of land now or formerly of Raymond J. Zacherl, South 3 degrees 14 minutes 05 seconds East, 563.66 feet to a 1 iron pipe thence along the west line of land now or formerly of H. Shontz, South 2 degrees 45 minutes 00 seconds east, 326.38 feet to the point of beginning, passing through a 1 steel bar at 323.48 feet. Containing 1.84 acres, more or less.

Being the same premises as convey to Timothy B Moon and Eve L Moon by deed dated June 14, 1996, and Recorded in Venango County Recorder of Deeds Office at Deed Book Volume 54, Page 928 and bearing Venango County Assessment Index No. 8-45-4 A.

Issue Writ of Execution in the above matter:

    Principal                                         $55,629.88

    Interest to 11/15/03                 $ 4,066.23

    Interest at the daily rate of $10.29

| | |
|---|---|
| from 11/16/03 to 2/17/04 the date of Judgment | $ 895.23 |
| Interest Credit Subject to Recapture | $ |
| Administrative Costs | $ 3,118.24 |
| Clerk of Court costs to date | $ |
| United States Marshal's costs to date | $ 204.00 |
| Total | $63,913.58 |

Plus interest from the date of Judgment at the legal rate and future costs to be added.

                                                                         CLERK OF COURT

Seal of the Court
Date: **JUN 27 2005**

                                                                          DEPUTY CLERK

NLA002516V001
6/27/2005

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 03-364Erie  MISC 04-9 Erie |
| **DEFENDANT** | **TYPE OF PROCESS** |
| TIMOTHY B MOON AND EVE L MOON | WRIT OF EXECUTION |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: ORIGINAL NOT SERVED
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

BERNSTEIN LAW FIRM, P.C.
LORI A GIBSON, ESQUIRE
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

PLEASE MAKE SERVICE BY (1) DATING RECEIPT, (2) CHECKING BOX FOR "HAVE EXECUTED AS SHOWN IN REMARKS", (3) SIGNING REMARKS BELOW, AND (4) FILING ORIGINAL WRIT OF EXECUTION WITH YOUR FORM 285 RETURN.

Signature of Attorney other Originator requesting service on behalf of:
☐ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 6-29-05

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)
Total Process: 4
District of Origin No. 68
District to Serve No. 68
Signature of Authorized USMS Deputy or Clerk
Date: 6/29/05

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Address (complete only different than shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Date: 7-12-05
Time: 1:55 ☒ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | | | $8.00 | | |

REMARKS: FORWARDED 6-30-05  ON RECEIPT OF THIS WRIT OF EXECUTION, I HEREBY LEVY ON THE REAL PROPERTY DESCRIBED IN THE REAL PROPERTY DESCRIPTION ATTACHED HERETO.
DEPUTY U.S. MARSHAL

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** | 1. CLERK OF THE COURT<br>2. USMS RECORD<br>3. NOTICE OF SERVICE<br>4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.<br>5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285<br>Rev. 12/15/80<br>Automated 01/00 |