| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See "Instructions for Service of Process by U.S. Marshal" |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | CA 03-364Erie MISC. 04-9 Erie |
| DEFENDANT | TYPE OF PROCESS |
| TIMOTHY B MOON AND EVE L MOON | HANDBILL NOICE OF SALE |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
493 UPPER SAGE RUN ROAD OIL CITY, PA 16301

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

BERNSTEIN LAW FIRM, P.C.
LORI A GIBSON, ESQUIRE
SUITE 2200 GULF TOWER
PITTSBURGH, PA 15219

| Number of process to be served with this Form 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

PLEASE POST HANDBILL NOTICE OF SALE ON PREMISES BEFORE 7-26-05, WHICH IS 30 DAYS BEFORE DATE OF SALE. WHEN FILING YOUR RETURN ON THIS FORM 285, PLEASE ATTACH COPY OF HANDBILL NOTICE OF SALE.

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 412-456-8100
DATE: 6-29-05

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process 3 | District of Origin No. | District to Serve No. 68 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

☑ I hereby certify and return that I ☑ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

Name and title of individual served (*if not shown above*)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (*complete only different than shown above*)

Date: 7/14/05  Time: 1:00 ☑ pm
Signature of U.S. Marshal or Deputy

| Service Fee $135.00 | Total Mileage Charges including *endeavors* $45.00 | Forwarding Fee | Total Charges $180.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS: TO ERIE 6-30-05
1-DUSM start 11:75am END 2:15 pm = $135.00
120 mile Rd trip @ .375 = $45.00

| PRIOR EDITIONS MAY BE USED | **PRINT 5 COPIES:** | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 Rev. 12/15/80 Automated 01/00 |

**MARSHAL'S SALE:** By virtue of a Writ of Execution issued out of the United States Court for the Western District of Pennsylvania and to me directed, I shall expose the following real property to public sale at the Venango County Courthouse, PA hereinafter described property located at 493 Upper Sage Run Road Oil City, PA 16301 being more fully described as follows:

Property situate in the State of Pennsylvania, County of Venango, Township of Cranberry, bounded and described as follows:

**PARCEL NO. 1:** BEGINNING at a point on the north line of the Upper Sage Run road located sixteen (16) feet northwesterly from the southeasterly corner of a tract of land containing 3.511 acres conveyed to John W. Heffner, et ux, by Ada I. Sampsell by deed dated February 24, 1934, recorded in the Recorder's Office of Venango County, Pennsylvania, in Deed Book 444, Page 180, which beginning point marks the intersection of the west line of a private road sixteen (16) feet in width, with the north line of Upper Sage Run Road; thence along the north line of said Upper Sage Run Road, North 56 degrees 15 minutes West, one hundred twenty-seven (127) feet to a point; thence North 25 degrees 42 minutes East, one hundred fifty-two (152) feet to a point on the southerly line of a private road sixteen (16) feet in width and leading in a westerly direction from the first mentioned private road to the dwelling house of John W. Heffner, et ux; thence eastwardly along the southerly line of said private road forty-seven (47) feet to a point on the west line of the first mentioned private road; thence along the west line of said first mentioned private road and parallel to and sixteen (16) feet westerly from the east line of land conveyed to John W. Heffner, et ux, by Ada I. Sampsell as aforesaid, South 2 degrees 45 minutes East one hundred ninety-six (196) feet to the place of beginning.

**PARCEL NO. 2:** BEGINNING at a point on the north line of the Upper Sage Run Road located North 56 degrees 15 minutes one hundred forty-three (143) feet from the southeast corner of a tract of land containing 3.511 acres conveyed to John W. Heffner, et ux, by Ada I. Sampsell by deed dated February 24, 1934, recorded in the Recorder's Office of Venango county, Pennsylvania, in Deed Book 444, Page 180, which beginning point also marks the southwesterly corner of another tract of land conveyed by John H. Heffner, et ux, to H. Lewis Moore, et ux, by deed of even date herewith; thence along the north line of said Upper Sage Run Road, North 56 degree 15 minutes West, seventy (70) feet to a point; thence along other lands now or formerly of Grantors, North 25 degrees 42 minutes East, one hundred thirty-eight (138) feet to a point on the southerly line of a private road sixteen (16) feet in width leading in a westerly direction to the dwelling house of now or formerly Grantors; thence in an easterly direction along the southerly line of a private road, seventy (70) feet, more or less, to a point marking the northwest corner of land conveyed by John H. Heffner, et ux, to H. Lewis Moore, et ux, as aforesaid; thence along the westerly line of lands so conveyed to Moore, South 25 degrees 42 minutes West, one hundred fifty-two (152) feet to the place of beginning.

**PARCEL NO. 3:** BEGINNING at a point on the northerly right-of-way line of Upper Sage Run Road, said road having a 33 degree right-of-way, said point being the southeast corner of property owned by J.W. Heffner; thence North 56 degrees 47 minutes 41 seconds West, 19.77 feet along the northerly right-of-way line of Upper Sage Run road, to a railroad spike, at the southeast corner of property now or formerly of H. Lewis Moore; thence along property now or formerly of H. Lewis Moore, North 2 degrees 45 minutes 00 seconds West, 196.00 feet to a railroad spike; thence continuing along lands now or formerly of H. Lewis

Moore, North 70 degrees 35 minutes 37 seconds West, 34.19 feet to a railroad spike; thence continuing along lands now or formerly of H. Lewis Moore, North 68 degrees 18 minutes 37 seconds West, 69.44 feet to a railroad spike; thence continuing along lands now or formerly of H. Lewis Moore, South 25 degrees 09 minutes 19 seconds West 138.00 feet to a railroad spike on the northerly right-of-way line of Upper Sage Run Road; thence along the northerly right-of-way line of Upper Sage Run Road, North 56 degrees 47 minutes 41 seconds West, 38.32 feet to a railroad spike; thence North 25 degrees 09 minutes 19 seconds East, 273.96 feet to a 5/8 rebar, passing through a 5/8 rebar at 9.03 feet; thence North 48 degrees 15 minutes 19 seconds West, 62.13 feet to a 5/8 rebar; thence North 60 degrees 17 minutes 41 seconds West, 93.85 feet to a 5/8 rebar, on the east line of property owned now or formerly by Robert M. Ritts; thence along the east line of land now or formerly of Robert M. Ritts, North 23 degrees 14 minutes 00 seconds East, 449.69 feet to a 1 iron piper; thence along the west line of land now or formerly of Raymond J. Zacherl, South 3 degrees 14 minutes 05 seconds East, 563.66 feet to a 1 iron pipe thence along the west line of land now or formerly of H. Shontz, South 2 degrees 45 minutes 00 seconds east, 326.38 feet to the point of beginning, passing through a 1 steel bar at 323.48 feet. Containing 1.84 acres, more or less.

Being the same premises as convey to Timothy B Moon and Eve L Moon by deed dated June 14, 1996, and Recorded in Venango County Recorder of Deeds Office at Deed Book Volume 54, Page 928 and bearing Venango County Assessment Index No. 8-45-4A.

**SAID SALE** to be held at the **VENANGO COUNTY COURTHOUSE, PA** at **11:00 a.m.** prevailing, standard time, on **AUGUST 26, 2005.**

All those certain tracts of land, together with the buildings, and improvements erected thereon described in Assessment Index No. #8-45-4A Recorded in Venango County, Assessment Office, Pennsylvania. Seized and taken in execution as the property of Timothy B Moon and Eve L Moon at the suit of the United States of America, acting through the Under Secretary of Rural Development, on behalf of Rural Housing Service, United States Department of Agriculture, to be sold on Writ of Execution as Miscellaneous Number 04-9E. <u>TERMS OF SALE</u>: Successful bidder will pay ten percent (10%) by certified check or money order and the remainder of the bid within thirty (30) days from the date of the sale and in the event bidder cannot pay the remainder, the property will be resold and all monies paid in at the original sale will be applied to any deficiency in the price at which the property is resold. On behalf of the U. S. Marshals Service, we are allowing the highest bidder to secure by official bank check or money order the 10% of the highest bid amount within one hour of the conclusion of the sale. Notice is hereby given that a Schedule of Distribution will be filed by me on the thirtieth day after the date of sale, and that distribution will be made in accordance with the Schedule unless exemptions are filed thereto within ten (10) days thereafter. Purchaser must furnish State Realty Transfer Tax Stamps, and stamps required by the local taxing authority, Purchaser shall furnish Marshal with Grantee information at the sale. Marshal's costs, fees and commissions are to be borne by seller. Thomas M. Fitzgerald, United States Marshal. For additional information, please visit www.resales, usda.gov or contact Kris Good at 724-482-4800 ext. 123.