IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.                                             Civil Action No. 03-364Erie
                                                 Misc. No.  04-9E

TIMOTHY B. MOON and
EVE L. MOON,

    Defendants

## AFFIDAVIT OF SERVICE UPON DEFENDANT EVE L. MOON, ONLY

Lori A. Gibson, Esquire, deposes and says that she is an Attorney with the Bernstein Law Firm, P.C., Private Counsel to United States of America for the Western District of Pennsylvania and counsel for plaintiff, United States of America, herein; and that a copy of the Notice of Sale was sent to Defendant, Eve L. Moon, by Certified Mail on July 15, 2005 which was received by Defendant, Eve L. Moon, on July 22, 2005 as evidenced by copies of the Certified Mail Receipts attached hereto, at the following addresses:

    Eve L. Moon
    493 Uppersage Run Road
    Oil City, PA 16301

I hereby declare, under penalty of perjury, that the foregoing is true and correct.
Executed on  9-6-05

                                                   LORI A. GIBSON, ESQUIRE
                                                   Attorney for Plaintiff
                                                   PA I.D.#68013
                                                   Bernstein Law Firm, P.C.
                                                   Suite 2200 Gulf Tower
                                                   Pittsburgh, PA  15219
                                                   Phone: 412-456-8100
                                                   Bernstein File No. F0039390

