UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs                                   Civil Action No 03-364Erie
                                        Misc No. 04-9E

TIMOTHY B. MOON
And EVE L MOON

    Defendants

## AFFIDAVIT

I, Lori A Gibson, attorney for the Plaintiff, deposes and says that the averments contained in the foregoing Motion for Alternative Service as to Defendant Timothy B Moon are true and correct to the best of my knowledge, information and belief.

_____
Lori A Gibson, Esquire
Attorney for the United States of America

I hereby declare, under penalty of perjury, that the facts of the foregoing are true and correct to the best of my knowledge, information and belief

Executed on the ___14___ day of __Sept__ 2005

_____
Lori A. Gibson, Esquire
Attorney for the United States of America

BAH000644V001
9/9/2005