UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No : 03-364Erie |
| v. ) | |
| ) | |
| TIMOTHY B. MOON and ) | |
| EVE L. MOON ) | |
| ) | |
| Defendants, ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Motion for Alternative Service was served on the following parties on the __14__ day of __Sept__, 2005 by U.S., First-Class Mail.

TIMOTHY B. MOON
493 Upper Sage Run Road
Oil City, PA 16301

LORI A. GIBSON
PA ID NO: 68013