UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

vs.                                      Civil Action No. 03-364Erie
                                          Misc. No. 04-9E

TIMOTHY B. MOON and
EVE L. MOON

    Defendants

## ORDER OF COURT

AND NOW, to wit, this _____ day of _____, 2005 upon consideration of Plaintiff's Motion for Special Service, it is hereby ORDERED, ADJUDGED AND DECREED that service in this case shall be made on the Defendant, Timothy B. Moon, by posting the mortgaged property known as 493 Upper Sage Run Road, Oil City, PA 16301

                                                                  BY THE COURT:

                                                      _____, J.

BAH000644V001
9/9/2005